UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANESSA WEISS,<br><br>      Plaintiff,<br><br>– against –<br><br>PREMIER TECHNOLOGIES and<br>AT&T CORPORATION,<br><br>      Defendants. | 6:22-CV-6349 (FPG) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned, Anthony Consiglio, Esq. of Goddard Law PLLC, has been retained to represent Plaintiff Vanessa Weiss as her attorney in the within action, and that we demand that you serve all papers upon us, and contact the undersigned with all information regarding the within action, at the address, telephone number, and email set forth below.

Dated: New York, New York
       October 5, 2022

                                      **GODDARD LAW PLLC**
                                      *Attorneys for Plaintiff*

                                      */s/ Anthony Consiglio*
                                      Anthony Consiglio, Esq.
                                      39 Broadway, Suite 1540
                                      New York, New York 10006
                                      (646) 504-8363-Telephone
                                      Anthony@goddardlawnyc.com

To: All Counsel of Record [*Via ECF*]